UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **MONESHA MARTIN** | **CIV. ACTION NO. 3:22-00256** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WALMART, INC.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge [Doc. No. 20] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff, Monesha Martin's Motion to Remand [Doc. No. 10] is **GRANTED**, and the above-captioned cause is hereby remanded to the Fourth Judicial District Court for the Parish of Ouachita, State of Louisiana, from whence it was removed.  28 U.S.C. § 1447(e).

MONROE, LOUISIANA, this 22nd day of June 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE